RECEIVED

APR 1 8 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:15-00254 |
| VERSUS | * | JUDGE WALTER |
| GREGORY SAM (01) | * | MAGISTRATE JUDGE HANNA |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the motion to dismiss filed by Gregory Sam [rec. doc. 34] is **denied.**

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 16 day of April, 2016.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE