UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION: 15-254-01 |
| VERSUS | JUDGE DONALD E. WALTER |
| GREGORY SAM (01) | MAGISTRATE JUDGE HANNA |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation [Doc. # 82] on Defendant Gregory Sam's Oral Motion to Dismiss Count I of the Superceding Indictment [Doc. # 78]. For the reasons stated in the Report and Recommendation, including the reasons previously stated and referenced again therein [Docs. ## 46 and 48], and after an independent review of the record including the objections filed by Defendant [Doc. # 83], and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the motion to dismiss [Doc. # 78] is **DENIED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 6 day of July, 2016.

DONALD E. WALTER
UNITED STATES DISTRICT COURT